UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT CHAPPELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 15-cv-05044-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

This case was referred to mediation on June 16, 2016.  As indicated in the settlement conference minute entry at Docket No. 31, the parties have reached a settlement, subject to approval by the head of the San Francisco Police Department.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings and the case management conference set for December 20, 2016, are VACATED.  It is further ordered that if any party certifies to this Court that settlement has not in fact occurred, with proper notice to opposing counsel within ninety (90) days from the date below, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: December 19, 2016



WILLIAM H. ORRICK
United States District Judge